IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RODNEY NICKELSON,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>DON MILLS,<br><br>　　　　　　　　　　Respondent. | Case No. 2:13 CV 00291-CL<br><br>O R D E R |

　　　　Magistrate Judge Clarke filed his Findings and Recommendation on April 13, 2015. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

　　　　THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Clarke's Findings and Recommendation.

　　　　Dated this /2 day of May, 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/ Ann Aiken
　　　　　　　　　　　　　　　　　　Ann Aiken, United States District Judge

Order -- Page 1